IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT A. EGERTON,

    Plaintiff,

v.                                          Civ. No. 21-0859 KG-LF

MTC, *et al*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Prisoner Civil Rights Complaint (Doc. 1) is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE